FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB SMITH and LUCIA SHUMAKER,<br><br>               Plaintiffs,<br><br>  v.<br><br>NEW CASEY'S, LLC, doing business as TK Auto Sales,<br><br>               Defendant. | NO: 2:17-CV-359-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' Stipulation for Dismissal with Prejudice, ECF No. 11. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 11**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 14, 2018.

                                      *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                    United States District Judge